IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01613-RPM

TAYLOR, BEAN & WHITAKER MORTGAGE GROUP., a Florida corporation,

    Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation;
NATIONAL CITY MORTGAGE COMPANY, an Ohio corporation;
UPSTREET DEVELOPMENT, LLC, a Colorado limited liability company;
JON C. THOMPSON, individually;
LEGACY CONSTRUCTION SERVICES, LLC, a Colorado limited liability company;
CHRIS FOSTER, individually;
JAMES BARNETT, individually;
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC, a Colorado limited liability company;
CURT KARLEN, individually; and
BRYCE MOEDER, individually,

    Defendants.

---

**ORDER GRANTING DEFENDANT NATIONAL CITY MORTGAGE COMPANY'S UNOPPOSED MOTION TO CORRECT DOCKET ENTRY #9**

Upon consideration of Defendant National City Mortgage Company's Unopposed Motion to Correct Docket Entry #9, and a review of the file, it is hereby

ORDERED, that the motion is granted, and it is

FURTHER ORDERED, that Docket Entry #9 will be corrected to reflect the deadline for Defendant National City Mortgage Company's answer is October 13, 2008.

Dated: September 15th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge