IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-01613-RPM-BNB

TAYLOR BEAN & WHITAKER, CORPORATION, a Florida corporation,

Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation;
NATIONAL CITY MORTGAGE COMPANY, an Ohio corporation;
UPSTREET DEVELOPMENT, LLC, a Colorado limited liability company;
JON C. THOMPSON, individually;
LEGACY CONSTRUCTION SERVICES, LLC, a Colorado limited liability company;
CHRIS FOSTER, individually;
JAMES BARNETT, individually;
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC, a Colorado limited liability company;
CURT KARLEN, individually; and
BRYCE MOEDER, individually,

Defendants.

---

**ORDER AUTHORIZING SUBSTITUTED SERVICE ON
DEFENDANTS KARLEN AND JEWELS**

---

THE COURT, having reviewed Plaintiff's Unopposed Motion for Leave to Serve Defendants Karlen and Jewels by Substituted Service and, being fully advised in the premises, hereby

FINDS that plaintiff, Taylor Bean & Whitaker, Corporation ("TB&W"), has used due diligence to attempt personal service upon defendant Jewels Development and Construction Services, LLC ("Jewels"), of which defendant Curt Karlen ("Karlen") is the registered agent, and upon Karlen individually;

FURTHER FINDS that further attempts to obtain personal service on Jewels and Karlen would be to no avail;

FURTHER FINDS that delivery of process to Karlen's adult son Christopher Karlen ("C. Karlen") is appropriate under the circumstances and is reasonably calculated to give actual notice to Jewels and Karlen; and, therefore,

THE COURT HEREBY ORDERS that TB&W is granted leave to serve Jewels and Karlen by substituted service, pursuant to Fed. R. Civ. P. 4(e)(1), Fed. R. Civ. P. 4(h)(1)(A), and Colo. R. Civ. P. 4(f), by delivering TB&W's summonses and complaints to C. Karlen;

FURTHER ORDERS that TB&W shall mail the summonses and complaints by certified mail, return receipt requested, to Karlen at his last known address, 4108 Center Gate Court, Fort Collins, Colorado 80526-3382, on or before delivery of such summonses and complaints to C. Karlen; and

FURTHER ORDERS that service on Jewels and Karlen shall be complete on the date of delivery of the summonses and complaints to C. Karlen.

SO ORDERED this 9th day of October, 2008.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch
United States District Court Judge