IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-01613-RPM

TAYLOR BEAN & WHITAKER MORTGAGE CORP.,
A Florida corporation,

    Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation,
NATIONAL CITY MORTGAGE COMPANY, AN Ohio corporation,
UPSTREET DEVELOPMENT, LLC., a Colorado limited liability company,
JON C. THOMPSON, individually,
LEGACY CONSTRUCTION SERVICES, LLC., a Colorado limited liability company,
CHRIS FOSTER, individually,
JAMES BARNETT, individually,
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC,
a Colorado limited liability company,
CURT KARLEN, individually and
BRYCE MOEDER, individually,

    Defendants.
_____

ORDER DENYING MOTION TO STAY BY DEFENDANTS THOMPSON AND UPSTREET DEVELOPMENT, LLC.
_____

On October 15, 2008, defendants Jon C. Thompson and Upstreet Development, LLC filed a motion to stay this civil action as to them because of a criminal investigation in which Upstreet Development, LLC is a target. The motion refers to Upstreet's Fifth Amendment privilege against self incrimination. That privilege is limited to natural persons and is not available to a Colorado limited liability company. To the extent that defendant Thompson individually maybe the subject of an ongoing investigation, his Fifth Amendment privilege can be protected by appropriate measures during the course of this civil action. It is now

    ORDERED that the motion to stay [35] is denied.

    DATED: October 17th, 2008

                                            BY THE COURT:

                                            s/ Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge