IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-01613-RPM

TAYLOR BEAN & WHITAKER MORTGAGE CORP.,
A Florida corporation,

    Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation,
NATIONAL CITY MORTGAGE COMPANY, AN Ohio corporation,
UPSTREET DEVELOPMENT, LLC., a Colorado limited liability company,
JON C. THOMPSON, individually,
LEGACY CONSTRUCTION SERVICES, LLC., a Colorado limited liability company,
CHRIS FOSTER, individually,
JAMES BARNETT, individually,
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC,
a Colorado limited liability company,
CURT KARLEN, individually and
BRYCE MOEDER, individually,

    Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **December 12, 2008, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 4, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: October 30th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge