IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: December 12, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-01613-RPM

| | |
|---|---|
| TAYLOR BEAN & WHITAKER MORTGAGE CORP., | Lino S. Lipinsky de Orlov |
| A Florida corporation, | Gregory S. Brow |
| Plaintiff, | |
| v. | |
| | Eric P. Accomazzo |
| CLARION MORTGAGE CAPITAL, INC., a Colorado corporation, | Eric R. Coakley |
| NATIONAL CITY MORTGAGE COMPANY, AN Ohio corporation, | Julie Walker |
| UPSTREET DEVELOPMENT, LLC., | Richard Brown |
| a Colorado limited liability company, | Adam Wiens |
| JON C. THOMPSON, individually, | |
| LEGACY CONSTRUCTION SERVICES, LLC., | |
| a Colorado limited liability company, | |
| CHRIS FOSTER, individually, | Robert T. McAllister |
| JAMES BARNETT, individually, | |
| JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC, | |
| a Colorado limited liability company, | |
| CURT KARLEN, individually and | |
| BRYCE MOEDER, individually, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**11:00 a.m.    Court in session.**

Mr. Lipinsky confirms that defendants Legacy, Jewels, Karlen and Moeder are in default. Counsel submit a supplement to proposed scheduling order to Court.

Discussion regarding state court criminal proceedings, case facts and claims, parties' respective positions, pending motions and discovery.

**ORDERED:**    Plaintiff's Motion to Strike Untimely Answer of Defendants Foster and Barnett, filed October 9, 2008 [26], is denied.

December 12, 2008
08-cv-01613-RPM

**ORDERED:** Defendant National City Mortgage Company 's Motion To Dismiss Counts One, Two and Nine of Plaintiff's Complaint, filed October 14, 2008 [32], is denied.

**ORDERED:** Defendant Clarion Mortgage Capital, Inc.'s Motion to Dismiss, filed October 24, 2008 [41], is denied.

**ORDERED:** Plaintiff's Motion to Quash Subpoenas, filed November 26, 2008 [56], is denied.
Plaintiff shall provide to defendants all appraisals done by Mr. Forsythe.

**ORDERED:** Plaintiff's Unopposed Motion for Dismissal of Ninth Claim for Relief Against Defendant Clarion, filed December 4, 2008 [60], is granted.

**ORDERED:** Unopposed Motion for Extension of Time, filed December 5, 2008 [61], is moot.

Mr. McAllister states defendants Foster and Barnet will not participate in discovery and are offering to be deposed first.

Mr. Brow states all properties are in various stages of foreclosure.

Court suggests counsel conduct discovery in phases with the initial focus on parties' relationships / associations amongst each other.

Counsel state defendant Moeder is currently involved in an unrelated criminal proceeding.

**ORDERED:** Counsel to submit a revised proposed scheduling order consistent with Court's direction regarding phase discovery in today's conference by January 12, 2009.

**Court instructs counsel to consider Mr. McAllister's request to depose his clients first. Court further instructs counsel to prepare an agreed order concerning electronic discovery.**

Court states an amended complaint only needs to contain the additional information and it is not necessary to restate or attach previous materials contained in the original complaint.

**11:40 a.m.    Court in recess.**

Hearing concluded.  Total time: 40 min.

2