IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-01613-RPM

TAYLOR BEAN & WHITAKER MORTGAGE CORP.,
A Florida corporation,

    Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation,
NATIONAL CITY MORTGAGE COMPANY, AN Ohio corporation,
UPSTREET DEVELOPMENT, LLC., a Colorado limited liability company,
JON C. THOMPSON, individually,
LEGACY CONSTRUCTION SERVICES, LLC., a Colorado limited liability company,
CHRIS FOSTER, individually,
JAMES BARNETT, individually,
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC,
a Colorado limited liability company,
CURT KARLEN, individually and
BRYCE MOEDER, individually,

    Defendants.
_____

ORDER DENYING PLAINTIFF'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER
_____

Upon consideration of the Plaintiff's Motion to Quash Subpoena and for Protective Order [78], filed February 17, 2009, and the response of National City Mortgage Company, filed February 24, 2009, it is

ORDERED that the Plaintiff's motion is denied.

DATED: February 25th, 2009

                          BY THE COURT:

                          s/Richard Matsch
                          _____
                          Richard P. Matsch, Senior District Judge