**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                         April 13, 2009
Courtroom Deputy:   J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 08-cv-01613-RPM

| | |
|---|---|
| TAYLOR BEAN & WHITAKER MORTGAGE CORP.,<br>A Florida corporation, | Lino S. Lipinsky de Orlov<br>Hamid Khan |
| Plaintiff, | |
| v. | |
| CLARION MORTGAGE CAPITAL, INC., a Colorado corporation, | Eric R. Coakley |
| NATIONAL CITY MORTGAGE COMPANY, An Ohio corporation, | Julie Walker |
| UPSTREET DEVELOPMENT, LLC., | Habib Nasrullah |
| a Colorado limited liability company, | Richard I. Brown |
| JON C. THOMPSON, individually, | Adam Wiens |
| LEGACY CONSTRUCTION SERVICES, LLC.,<br>a Colorado limited liability company, | In default |
| CHRIS FOSTER, individually, | No appearance |
| JAMES BARNETT, individually, | No appearance |
| JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC,<br>a Colorado limited liability company, | In default |
| CURT KARLEN, individually and<br>BRYCE MOEDER, individually, | Mark A. Pottinger<br>Carol Thomson |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**11:00 a.m.      Court in session.**

Cecil Morris present for interested party Doug and Sandy Doudna.

Court's preliminary remarks.

11:02 a.m.     Argument Ms. Thomson [86].

**ORDERED:   Defendant Bryce Moeder's Motion to Set Aside Entry of Default, filed
                          February 27, 2009 [86], is granted and the Clerk's Entry of Default entered
                          October 10, 2008 [30] as to defendant Moeder only is set aside.**

April 13, 2009
08-cv-01613-RPM

| | |
|---|---|
| 11:05 a.m. | Argument by Mr. Lipinsky [90]. |
| 11:09 a.m. | Argument by Mr. Brown. |
| 11:13 a.m. | Argument by Mr. Coakley. |
| 11:14 a.m. | Argument by Mr. Nasrullah. |
| 11:15 a.m. | Rebuttal argument by Mr. Lipinsky. |

**ORDERED:** **Plaintiff's Motion for Leave to File First Amended Complaint, filed February 27, 2009 [90], is granted.  Plaintiff has until April 27, 2009 (10 days) to file an Amended Complaint.**
**Defendants will file their response to the Amended Complaint within 30 days of its filing.**

Mr. Lipinsky states that Mr. McCallister has withdrawn defendants Foster and Barnett's request to be deposed first.

Further statements by Mr. Lipinsky regarding discovery.

11:20 a.m.     Argument by Ms. Walker [104].

Ms. Walker and Mr. Morris states they anticipate resolving the motion to compel [10].

Further statements by Mr. Lipinsky.
Statement by Mr. Pottinger.
Statement by Mr. Brown.

**ORDERED:** **Plaintiff's Motion to Modify Scheduling Order and for Enlargement of Time for Phase One Depositions, filed March 25, 2009 [101], is granted and the phase one deposition deadline is extended to June 15, 2009.**

**ORDERED:** **Deadline for defendant Moeder's Rule 26 disclosures is April 27, 2009 (14 days).**

**11:26 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 26 min.

2