**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 2008-cv-01613-RPM-BNB

TAYLOR, BEAN & WHITAKER MORTGAGE CORP., a Florida corporation,

    Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation;
NATIONAL CITY MORTGAGE COMPANY, an Ohio corporation;
UPSTREET DEVELOPMENTS, LLC, a Colorado limited liability company;
JON C. THOMPSON, individually;
MICHAEL G. HAWTHORNE, individually;
RICHARD ("BRICK") THOMPSON, individually;
LEGACY CONSTRUCTION SERVICES, LLC, a Colorado limited liability company;
CHRIS FOSTER, individually;
JAMES BARNETT, individually;
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC, a Colorado limited liability company;
CURT KARLEN, individually; and
BRYCE MOEDER, individually,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S SECOND MOTION TO MODIFY SCHEDULING ORDER AND FOR ENLARGEMENT OF TIME FOR PHASE ONE DEPOSITIONS**

---

THE COURT, having reviewed Plaintiff's Second Motion to Modify Scheduling Order and for Enlargement of Time for Phase One Depositions and, being fully advised in the premises, hereby

ORDERS that the Scheduling Order entered in this matter on January 13, 2009 (docket no. 75), as modified on April 13, 2009, is further modified to provide that the Rule 30(b)(6) deposition of defendant Clarion Mortgage Capital, Inc. may be taken no later than June 19, 2009.

ORDERED this 4th day of May, 2009.

                                              BY THE COURT:
                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge