IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-01613-RPM

TAYLOR BEAN & WHITAKER MORTGAGE CORP.,
A Florida corporation,

       Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation,
NATIONAL CITY MORTGAGE COMPANY, An Ohio corporation,
UPSTREET DEVELOPMENT, LLC., a Colorado limited liability company,
JON C. THOMPSON, individually,
MICHAEL G. HAWTHORNE, individually,
RICHARD ("BRICK") THOMPSON, individually,
LEGACY CONSTRUCTION SERVICES, LLC., a Colorado limited liability company,
CHRIS FOSTER, individually,
JAMES BARNETT, individually,
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC,
a Colorado limited liability company,
CURT KARLEN, individually and
BRYCE MOEDER, individually,

       Defendants.
_____

ORDER GRANTING DEFENDANT UPSTREET DEVELOPMENT, LLC'S MOTION FOR LEAVE
TO DESIGNATE NON-PARTIES AT FAULT
_____

       After review Defendant Upstreet Development, LLC's Motion for Leave to Designate

Non-parties at Fault, filed May 20, 2009 [123], it is

       ORDERED that the motion is granted and the Notice of Designation of Non-Parties at

Fault attached as Exhibit A is accepted and filed with today's date.

       DATED: May 21st, 2009

                           BY THE COURT:

                           s/Richard P. Matsch

                           _____

                           Richard P. Matsch, Senior District Judge