IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2008-cv-01613-RPM-BNB

TAYLOR, BEAN & WHITAKER MORTGAGE CORP., a Florida corporation,

    Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation;
NATIONAL CITY MORTGAGE COMPANY, an Ohio corporation;
UPSTREET DEVELOPMENTS, LLC, a Colorado limited liability company;
JON C. THOMPSON, individually;
MICHAEL G. HAWTHORNE, individually;
RICHARD ("BRICK") THOMPSON, individually;
LEGACY CONSTRUCTION SERVICES, LLC, a Colorado limited liability company;
CHRIS FOSTER, individually;
JAMES BARNETT, individually;
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC, a Colorado limited liability company;
CURT KARLEN, individually; and
BRYCE MOEDER, individually,

    Defendants.

---

### ORDER GRANTING PLAINTIFF'S THIRD MOTION TO MODIFY SCHEDULING ORDER AND FOR ENLARGEMENT OF TIME FOR PHASE ONE DEPOSITIONS

---

Upon review of Plaintiff's Third Motion to Modify Scheduling Order and for Enlargement of Time for Phase One Depositions [131] it is

ORDERED that the Scheduling Order entered in this matter on January 13, 2009 (docket no. 75), and amended on April 13, 2009 and on May 4, 2009, is further modified to allow the depositions of defendants Bryce Moeder and National City Mortgage Company to proceed no later than July 8, 2009 and July 14, 2009, respectively.

SO ORDERED this 2 day of June, 2009.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge