IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-01613-RPM

TAYLOR BEAN & WHITAKER MORTGAGE CORP.,
A Florida corporation,

     Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation,
NATIONAL CITY MORTGAGE COMPANY, an Ohio corporation,
UPSTREET DEVELOPMENT, LLC., a Colorado limited liability company,
JON C. THOMPSON, individually,
LEGACY CONSTRUCTION SERVICES, LLC., a Colorado limited liability company,
CHRIS FOSTER, individually,
JAMES BARNETT, individually,
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC,
a Colorado limited liability company,
CURT KARLEN, individually and
BRYCE MOEDER, individually,

     Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     Pursuant to the Stipulation Regarding Plaintiff's Motion for Protective Order Regarding Plaintiff's Deposition [147], the motion for protective order [133] is deemed resolved and stricken as a pending motion.

DATED: July 13, 2009