IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01613-RPM

TAYLOR BEAN & WHITAKER MORTGAGE CORP.,
A Florida corporation,

    Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation,
NATIONAL CITY MORTGAGE COMPANY, An Ohio corporation,
UPSTREET DEVELOPMENT, LLC., a Colorado limited liability company,
JON C. THOMPSON, individually,
MICHAEL G. HAWTHORNE, individually,
RICHARD ("BRICK") THOMPSON, individually,
LEGACY CONSTRUCTION SERVICES, LLC., a Colorado limited liability company,
CHRIS FOSTER, individually,
JAMES BARNETT, individually,
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC,
a Colorado limited liability company,
CURT KARLEN, individually and
BRYCE MOEDER, individually,

    Defendants.
_____

## STAY ORDER
_____

    On August 25, 2009, the plaintiff filed an Advice of Bankruptcy indicating the filing of a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Middle District of Florida on August 24, 2009. There being no indication of authority from the Bankruptcy Court to proceed with this civil action and there being pending counterclaims, it is now

    ORDERED that further proceedings in this civil action are stayed until further order of Court.

    DATED: August 26th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge