IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01613-RPM

TAYLOR BEAN & WHITAKER MORTGAGE CORP.,
A Florida corporation,

      Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation,
NATIONAL CITY MORTGAGE COMPANY, An Ohio corporation,
UPSTREET DEVELOPMENT, LLC., a Colorado limited liability company,
JON C. THOMPSON, individually,
MICHAEL G. HAWTHORNE, individually,
RICHARD ("BRICK") THOMPSON, individually,
LEGACY CONSTRUCTION SERVICES, LLC., a Colorado limited liability company,
CHRIS FOSTER, individually,
JAMES BARNETT, individually,
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC,
a Colorado limited liability company,
CURT KARLEN, individually and
BRYCE MOEDER, individually,

      Defendants.
_____

ORDER FOR STATUS REPORT
_____


      This civil action has been stayed since August 26, 2009, because of the plaintiff's

Chapter 11 Bankruptcy proceeding in the Middle District of Florida. It is now

      ORDERED that the plaintiff shall on or before September 20, 2010, file a status report

advising of the status of the bankruptcy proceeding and the plaintiff's ability to proceed with this

civil action.

      DATED: August 31st, 2010

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge