IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01613-RPM

TAYLOR BEAN & WHITAKER MORTGAGE CORP.,
A Florida corporation,

    Plaintiff,

v.

CLARION MORTGAGE CAPITAL, INC., a Colorado corporation,
NATIONAL CITY MORTGAGE COMPANY, An Ohio corporation,
UPSTREET DEVELOPMENT, LLC., a Colorado limited liability company,
JON C. THOMPSON, individually,
MICHAEL G. HAWTHORNE, individually,
RICHARD ("BRICK") THOMPSON, individually,
LEGACY CONSTRUCTION SERVICES, LLC., a Colorado limited liability company,
CHRIS FOSTER, individually,
JAMES BARNETT, individually,
JEWELS DEVELOPMENT AND CONSTRUCTION SERVICES, LLC,
a Colorado limited liability company,
CURT KARLEN, individually and
BRYCE MOEDER, individually,

    Defendants.

_____

ORDER FOR ADMINISTRATIVE CLOSURE
_____

On January 31, 2011, the plaintiff responded to this Court's Order to Show Cause of December 15, 2010. Counsel for the plaintiff informs that the bankruptcy proceeding in the Middle District of Florida, Jacksonville Division, remains open and that no authority has yet been received to proceed with this litigation. Given the length of the delay in this matter since the entry of the stay order on August 26, 2009, this case should not be continued as an active case and it is therefore

ORDERED pursuant to D.C.Colo.LCivR 41.2 that the Clerk of this court shall close this civil action administratively subject to reopening for good cause.

DATED: February 1, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge